In the Matter of the Application of William R. Petze, Respondent, for an Order Directing Albert A. Wray, Esq., an Attorney-at-Law, Appellant, to Pay over Certain Moneys.— Orders affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Scott, Dowling and Hotchkiss, JJ.

John J. Dickinson, Respondent, v. David J. Tysen, Appellant, Impleaded with Another.— Judgment and order reversed and new trial ordered, with costs to appellant to abide event, unless plaintiff stipulates to reduce verdict to an amount equivalent to a commission of two and a half per cent; in which event the judgment as so modified and the order appealed from are affirmed, without costs. No opinion. Order to be settled on notice. Present — Clarke, McLaughlin, Laughlin, Scott and Dowling, JJ.; Laughlin and Dowling, JJ., dissented and voted to affirm.

Ellen McGuire, as Administratrix, etc., Respondent, v. Interborough Rapid Transit Company, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., Laughlin, Scott, Dowling and Hotchkiss, JJ.

The People of the State of New York ex rel. Henry Cardos, Relator, v. William H. Edwards, as Commissioner of the Department of Street Cleaning, City of New York, Respondent.— Writ dismissed and proceedings affirmed, with fifty dollars costs and disbursements. No opinion. Present — Ingraham, P. J., Laughlin, Scott, Dowling and Hotchkiss, JJ.

Frank L. Perley, Respondent, v. Thomas Williams, Appellant. (No. 3.) — Judgment affirmed, with costs. No opinion. Present — Ingraham, P. J., Laughlin, Scott, Dowling and Hotchkiss, JJ.

Palm, Fechteler & Company, Respondent, v. Frank Fechteler and Another, Appellants.— Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., Laughlin, Scott, Dowling and Hotchkiss, JJ.; Scott and Hotchkiss, JJ., dissented on the ground that it was error to exclude defendant from proving the expenses involved in making the profit which was charged.

Joseph F. Quinn, Respondent, v. The City of New York, Appellant.— Judgment and order reversed, with costs, and complaint dismissed, with costs, upon the ground that there is no evidence to justify a finding of negligence on the part of the defendant. No opinion. Order to be settled on notice. Present — Ingraham, P. J., Laughlin, Scott, Dowling and Hotchkiss, JJ.

Eugene Lentilhon, Appellant, v. Guillaume d'Arschot, Individually and as Executor, etc., and Others, Respondents.— Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., Laughlin, Scott, Dowling and Hotchkiss, JJ.

The People of the State of New York ex rel. Patrick McHugh, Relator, v. Douglas I. McKay, as Police Commissioner of the City of New York, Respondent.— Writ dismissed and proceedings affirmed, with fifty dollars costs and disbursements. No opinion. Present — Ingraham, P. J., Laughlin, Scott, Dowling and Hotchkiss, JJ.

The People of the State of New York ex rel. Albert E. Smith, Relator, v. Arthur Woods, as Police Commissioner of the City of New York,